ACCEPTED
15-24-00123-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/15/2025 2:18 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00123-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/15/2025 2:18:06 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

PATRICK KELLY AND PMK GROUP, LLC,
*Appellants*

v.

RICHARD HOMMINGA AND CHIPPEWA CONSTRUCTION LLC,
*Appellees.*

From the 212th Judicial District Court
Galveston County, Texas
Trial Court Cause No. 22-0360

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants Patrick Kelly and PMK Group respectfully request a 30-day extension to file their opening brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show this Court as follows:

1.    Appellants' brief is currently due on January 22, 2025. Appellants request an extension of 30 days from the current deadline, making their brief due February 21, 2025.

2.    This is Appellants' **first request** for an extension of time to file their brief.

3.    Appellants have conferred with counsel for Appellees, and Appellees are **not opposed** to this motion for extension of time.

4.    Counsel for Appellants needs additional time to file Appellants' brief because counsel have been diligently working to comply with multiple concurrent deadlines and briefing requirements, including (but not limited to) the following:

- Case No. 07-24-00137-CV; *Woods Comfort Systems, Inc. v. Kristina Baehr, et al.*; In the Court of Appeals for the Seventh District of Texas (Appellant's Reply Brief and Response Brief to Cross-Appeal filed December 30, 2024);

- Cause No. 27221 *Jennifer Lynn Peterson and Martin Villarreal, Individually, and as Representatives of the Estate of May's Justice Villarreal, deceased and as next friends of Miken Villarreal vs. Ricardo Hernandez, Jr. and Alissa Rutten*; In the 132nd Judicial Distric Court of Scurrty County, Texas (attend pre-trial conference on January 10, 2025);

- Case No. 12-23-00276-CV; *Coffeyville Resources Crude Transportation, LLC, Salter Creek Resources, LLC, Rose Rock Midstream Crude, LLC and SamGreen, LP v ExxonmMobile Pipeline Company*; In the Court of Appeals for the Twelfth

District of Texas (prepare for oral argument scheduled for January 16, 2025);

- Cause No. 2022-CI-24350; *Alice Hudman, et al. v. Post Acute Medical at San Antonio, LLC, et al.*; In the 131st Judicial District Court of Bexar County, Texas (post-judgment filings and motion for new trial due January 16, 2025);

- Cause No. 096-319133-20; *Abel Rodriguez and Cynthia Rodriguez v. Hasan Perryman, Inner-Parish Security Corporation, Arlington Pavilion, LLC, Party Doing Business as Texas Live!, TXL Western Saloon, LLC, PBR Cowboy Bar – TX Live, Arlington Live, LLC, Arlington Ballpark District Entertainment Block, LLC and Arlington Ballpark District Entertainment Block, Inc.*; In the 96th Judicial District Court of Tarrant County, Texas (preparation and filing of post-judgment motions due January 17, 2025);

- Case No. 01-23-00725-CV; *Lilly Lerner v. Douglas Scott Lerner*; In the Court of Appeals for the First District of Texas (Appellant's Reply Brief due January 24, 2025); and

- Case No. 24-0605; *Dallas Police Retired Officers Association v. Dallas Police and Fire Pension System and Nicholas A. Merrick in His Official Capacity as Chairman of the Board of Trustees of the Dallas Police and Fire Pension System, et al*; In the Supreme Court of Texas (Reply in Support of Petition for Review due January 28, 2025);

For these reasons, Appellants Patrick Kelly and PMK Group request that the Court grant an extension of time to file their opening brief, making it due on or before February 21, 2025.

Respectfully submitted,

By: /s/ *Bradley W. Snead*
Bradley W. Snead
State Bar No. 24049835
Kelley Clark Morris
State Bar No. 24087306
WRIGHT CLOSE & BARGER, L.L.P.
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
snead@wrightclosebarger.com
morris@wrightclosebarger.com

David Funderburk
Diane S. Davis
Todd Collins
FUNDERBURK FUNDERBURK COURTOIS, LLP
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone: (713) 526-1801
Facsimile: (713) 526-2708
dfunderburk@ffllp.com
ddavis@ffllp.com
tcollins@ffllp.com

***Attorneys for Appellants***

## CERTIFICATE OF CONFERENCE

On January 15, 2025, Bradley W. Snead, counsel for Appellant, conferred by email with counsel for Appellees. Appellees do not oppose the relief requested in this motion.

/s/ Bradley W. Snead
Bradley W. Snead

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Heigelmann on behalf of Brad Snead
Bar No. 24049835
heigelmann@wrightclose.com
Envelope ID: 96259368
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File its Opening Brief
Status as of 1/15/2025 2:31 PM CST

Associated Case Party: Patrick Kelley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Snead | | snead@wrightclosebarger.com | 1/15/2025 2:18:06 PM | SENT |
| Kelly ClarkMorris | | morris@wrightclosebarger.com | 1/15/2025 2:18:06 PM | SENT |

Associated Case Party: Richard Homminga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew J.Mytelka | | amytelka@greerherz.com | 1/15/2025 2:18:06 PM | SENT |
| Angie Olalde | | aolalde@greerherz.com | 1/15/2025 2:18:06 PM | SENT |
| Victoria Rutherford | | vrutherford@greerherz.com | 1/15/2025 2:18:06 PM | SENT |
| Jordan RaschkeElton | | jraschkeelton@greerherz.com | 1/15/2025 2:18:06 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Funderburk | 7547550 | dfunderburk@ffllp.com | 1/15/2025 2:18:06 PM | SENT |
| Todd Collins | | tcollins@ffllp.com | 1/15/2025 2:18:06 PM | SENT |
| Diane  S.Davis | | ddavis@ffllp.com | 1/15/2025 2:18:06 PM | SENT |